

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTERNATIVE CARE SYSTEMS, INC., d/b/a ACCESS NURSING SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS NURSES, INC.,<br><br>Defendant. | **07 CV 10537**<br><br>Civil Action No.<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Plaintiff ALTERNATIVE CARE SYSTEMS, INC. by its attorneys, Bryan Cave LLP, as and for its Statement of Disclosure pursuant to Fed.R.Civ. P. 7.1, hereby states that there is no parent corporation of ALTERNATIVE CARE SYSTEMS, INC. or publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
        November 21, 2007

BRYAN CAVE LLP

By: _____
Daniel P. Waxman (DW 0599)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Plaintiff*