≈SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alternative Care Systems, Inc.,    Plaintiff,
d/b/a Access Nursing Services

7   cv   10537   CSH (   )

- against -

Access Nurses, Inc.     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Daniel P. Waxman    attorney for Access Nursing Services

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael C. Elmer |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 3300 Hillview Avenue |
| City/State/Zip: | Palo Alto, California 94304 |
| Telephone/Fax: | (650) 849-6600 |
| Email Address: | michael.elmer@finnegan.com |

is admitted to practice pro hac vice as counsel for Access Nursing Services in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 02/11/08
City, State:

_____
United States District/Magistrate Judge