SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Alternative Care Systems, Inc.,    Plaintiff,
d/b/a Access Nursing Services

- against -

Access Nurses, Inc.    Defendant.

7 cv 10537 ( )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-05-08

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Daniel P. Waxman attorney for Access Nursing Services

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Scott R. Mosko

    Firm Name:    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

    Address:    3300 Hillview Avenue

    City/State/Zip:    Palo Alto, California 94304

    Telephone/Fax:    (650) 849-6600

    Email Address:    scott.mosko@finnegan.com

is admitted to practice pro hac vice as counsel for Access Nursing Services in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 03/05/08
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#
SDNY Form Web 10/2006