**DUANE MORRIS** LLP
By:   Gregory P. Gulia (2562916)
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020

And By: Daniel C. Minteer (prospective *pro hac vice*)
Michelle Hon (prospective *pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for Defendant ACCESS NURSES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTERNATIVE CARE SYSTEMS, INC. d/b/a/ ACCESS NURSING SERVICES, <br><br>          Plaintiffs <br><br>     v. <br><br> ACCESS NURSES, INC., <br><br>          Defendant. | ) CIVIL ACTION NO. 07-CV-10537 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure, Rule 7.1(a), Defendant/Counterclaim

Plaintiff Access Nurses, Inc., by and through its counsel, Duane Morris LLP, hereby states that

- 2 -

Access Nurses, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DUANE MORRIS LLP

By:   s/Gregory P. Gulia
       Gregory P. Gulia
       1540 Broadway
       New York, NY 10036-4086
       Telephone: 212.692.1027
       Facsimile: 212.692.1020

Daniel C. Minteer (prospective pro hac vice)
Michelle Hon (prospective pro hac vice)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for Defendant ACCESS NURSES, INC.

Dated: March 6, 2008

DM1\1288070.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALNATIVE CARE SYSTEMS INC. d/b/a
ACCESS NURSING SERVICES,          :
                                  :   07 CV 10537
                 Plaintiffs,      :
       -against-                  :
                                  :
ACCESS NURSES, INC.,              :   **CERTIFICATE OF SERVICE**
                                  :
                 Defendants.      :
-----------------------------------------------------------------x

     This is to certify that I served the Disclosure Statement on counsel by regular mail at the address listed below and via Electronic Filing:

Daniel Philip Waxman, Esq.
Bryan Cave LLP
1290 Avenue of Americas
New York, NY  10104

This the 7th day of March, 2008.

                                                                                          s/Cathy Smith
                                                                          CATHY SMITH