**DUANE MORRIS** LLP
By:     Gregory P. Gulia (2562916)
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020
And By: Michelle Hon (prospective *pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for Defendant ACCESS NURSES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTERNATIVE CARE SYSTEMS, INC. d/b/a/ ACCESS NURSING SERVICES, ) ) ) Plaintiffs ) ) v. ) ) ACCESS NURSES, INC., ) ) Defendant. ) ) | CIVIL ACTION NO. 07-CV-10537 |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*
OF MICHELLE A. HON**

PLEASE TAKE NOTICE, that upon the annexed Declaration of Gregory P. Gulia on

May 16, 2008, defendant ACCESS NURSES, INC. will move this Court before the Honorable

Charles S. Haight, at theUnited States District Court, 500 Pearl Street, New York 10007, for an

order pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of:

DM1\1333869.1

- 2 -

      Michelle Ann Hon
      Duane Morris LLP
      101 W. Broadway, Suite 900
      San Diego, CA 92101-8285
      Tel: (619) 744-2200
      Fax: (619) 744-2201
      mhon@duanemorris.com

to practice before this Court in the above-captioned action. Michelle Ann Hon is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Michelle Ann Hon in any State or Federal court.

                            DUANE MORRIS LLP

                            By: _____
                                 Gregory P. Gulia

                            1540 Broadway
                            New York, NY 10036-4086
                            Telephone: 212.692.1027
                            Facsimile: 212.692.1020

                            Attorneys for Defendant ACCESS NURSES, INC.

Dated: May 16, 2008

DUANE MORRIS LLP
By:    Gregory P. Gulia (2562916)
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020
And By: Michelle Hon (prospective *pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for Defendant ACCESS NURSES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTERNATIVE CARE SYSTEMS, INC. d/b/a/ ACCESS NURSING SERVICES,<br><br>Plaintiffs<br><br>v.<br><br>ACCESS NURSES, INC.,<br><br>Defendant. | ) CIVIL ACTION NO. 07-CV-10537<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GREGORY P. GULIA IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE* OF MICHELLE ANN HON**

STATE OF NEW YORK    )
                     :  ss.:
COUNTY OF NEW YORK   )

GREGORY P. GULIA, under penalty of perjury, hereby declares:

1.    I am a partner of the firm Duane Morris LLP, counsel for defendant ACCESS NURSES, INC. in the above-captioned action. I am fully familiar with the facts contained

herein. I submit this motion, pursuant to Local Civil Rule 1.3(c), for an order admitting *pro hac vice* Michelle Ann Hon to practice before this Court in the above-captioned action.

2. I am a member in good standing of the bar of the State of New York and am admitted to the bar of the United States District Court for the Southern District of New York. I am in good standing with this court.

3. Michelle Ann Hon is a member in good standing of the State Bar of California. An original Certificate of Good Standing issued by the State Bar of California within the last thirty days is annexed as Exhibit A.

4. I have found Michelle Ann Hon to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. I respectfully submit a proposed order granting the admission of Michelle Ann Hon *pro hac vice*, annexed as Exhibit B.

WHEREFORE, it is respectfully requested that this Court admit *pro hac vice* Michelle Ann Hon to practice before this Court in the above-captioned action.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
May 16, 2008

GREGORY P. GULIA

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHELLE ANN HON, #234492 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTERNATIVE CARE SYSTEMS, INC. d/b/a/ ACCESS NURSING SERVICES,<br><br>Plaintiffs<br><br>v.<br><br>ACCESS NURSES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 07-CV-10537 |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF MICHELLE ANN HON**

Upon consideration of the Motion of Gregory P. Gulia, attorney for defendant ACCESS NURSES, INC., and said sponsor attorney's Declaration in Support of;

IT IS HEREBY ORDERED that

>Michelle Ann Hon
>Duane Morris LLP
>101 W. Broadway, Suite 900
>San Diego, CA 92101-8285
>Tel: (619) 744-2200
>Fax: (619) 744-2201
>mhon@duanemorris.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

SO ORDERED:

_____
Honorable Charles S. Haight
United States District Judge

Dated: May ___, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2008, a true and correct copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Michelle A. Hon and Declaration of Gregory P. Gulia in Support of Motion for Admission *Pro Hac Vice* of Michelle A. Hon, and [Proposed] Order for Admission *Pro Hac Vice* of Michelle Ann Hon was served, via prepaid first class mail, on Plaintiff's counsel:

> Daniel Philip Waxman, Esq.
> Bryan Cave LLP (NY)
> 1290 Avenue of the Americas
> New York, New York 10104

_____
Inez P. Vega

DM1\1338447.1