UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTERNATIVE CARE SYSTEMS, INC. d/b/a/ ACCESS NURSING SERVICES,<br><br>            Plaintiffs<br><br>v.<br><br>ACCESS NURSES, INC.,<br><br>            Defendant. | CIVIL ACTION NO. 07-CV-10537 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-28-08

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF MICHELLE ANN HON**

Upon consideration of the Motion of Gregory P. Gulia, attorney for defendant ACCESS NURSES, INC., and said sponsor attorney's Declaration in Support of;

IT IS HEREBY ORDERED that

>  Michelle Ann Hon
>  Duane Morris LLP
>  101 W. Broadway, Suite 900
>  San Diego, CA 92101-8285
>  Tel: (619) 744-2200
>  Fax: (619) 744-2201
>  mhon@duanemorris.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

SO ORDERED:

_____
Honorable Charles S. Haight
United States District Judge

Dated: May __, 2008

DM1\1333891.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2008, a true and correct copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Michelle A. Hon and Declaration of Gregory P. Gulia in Support of Motion for Admission *Pro Hac Vice* of Michelle A. Hon, and [Proposed] Order for Admission *Pro Hac Vice* of Michelle Ann Hon was served, via prepaid first class mail, on Plaintiff's counsel:

> Daniel Philip Waxman, Esq.
> Bryan Cave LLP (NY)
> 1290 Avenue of the Americas
> New York, New York 10104

_____
Inez P. Vega

DM1\1338447.1