UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALTERNATIVE CARE SYSTEMS, INC.
d/b/a ACCESS NURSING SERVICES,

           Plaintiff,

    -against-

ACCESS NURSES, INC.,

           Defendant.
------------------------------------------------------------x

**ORDER**

07 Civ. 10537 (GEL)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/09

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. By April 21, 2009, counsel shall confer regarding the architecture of defendant's database and computer systems, and reach agreement concerning the search terms to be employed.

2. By May 15, 2009, defendant shall produce the responsive data from its database.

3. A further telephone conference shall be held on May 12, 2009, at 10 a.m. Counsel for plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

    SO ORDERED.

Dated:    New York, New York
           April 14, 2009

                                            FRANK MAAS
                                United States Magistrate Judge

Copies to:

Hon. Gerald E. Lynch
United States District Judge

Griffith B. Price, Esq.
Danny M. Awdeh, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP (DC)
Fax: (202) 408-4400

Daniel P. Waxman, Esq.
Joseph J. Villapol, Esq.
Bryan Cave LLP (NY)
Fax: (212) 541-1339 / (212) 541-1438

Scott R. Mosko, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner,LLP (CA)
Fax: (650) 849-6666

Gregory P. Gulia, Esq.
Duane Morris, LLP (NYC)
Fax: (212) 692-1020

Michelle Ann Hon, Esq.
Duane Morris L.L.P. (CA)
Fax: (619) 744-2201